AO 187 (Rev. Locally 03/18) Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MINNESOTA

MICHAEL L. LANSDALE
V.
UPS SUPPLY CHAIN SOLUTIONS, INC.

# WITNESS LIST

Case Number: 16-CV-04106

| PRESIDING JUDGE JOHN R. TUNHEIM | | | | | PLAINTIFF'S ATTORNEY THOMAS E. GLENNON | DEFENDANT'S ATTORNEY SARAH B. RISKIN, ET AL. |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 01/03/2019 | | | | | COURT REPORTER KRISTINE MOUSSEAU | COURTROOM DEPUTY HEATHER ARENT-ZACHARY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | **Michael L. Lansdale**, 2501 West 95th Street, Bloomington, MN 55431, Plaintiff's employment with UPS and separation, Plaintiff's and Defendant's claims and defenses and damages | |
| | | | | | **Lisa M. Lansdale**, 2501 West 95th Street, Bloomington, MN 55431, Plaintiff's employment with UPS and separation, Plaintiff's claims and defenses and damages | |
| | | | | | **Troy A. Scott, M.D.**, Fairview Clinics, 4151 Willowwood St., Prior Lake, MN 55372, medical treatment of Plaintiff for depression and anxiety symptoms and diagnosis | |
| | | | | | **Erika Faifer**, UPS Security Investigator, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies and procedures, and her Deposition and Affidavit. | |
| | | | | | **Herman Gonzales**, UPS Human Resources Supervisor, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies and procedures, and his Deposition. | |
| | | | | | **Cris Florence**, UPS Director of Sales, Plaintiff's employment/performance, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Deposition and Affidavit. | |
| | | | | | **Angelina Brewer**, UPS Human Resources Director, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and her Affidavit. | |
| | | | | | **George Ryan**, Director, International Security Systems, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Affidavit. | |
| | | | | | **Jeffrey LaMaster**, UPS Security Manager, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Affidavit. | |
| | | | | | **Ronald Jordan**, Region VP of Sales, Global Freight Forwarding, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Affidavit. | |
| | | | | | **Lester Weekes**, UPS Procurement Analyst, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Affidavit. | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. Locally 03/18)          **WITNESS LIST – CONTINUATION**

| MICHAEL L. LANSDALE | vs. | UPS SUPPLY CHAIN SOLUTIONS, INC. | CASE NO. 16-CV-04106 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Gerald Yee**, UPS Area Human Resources Manager – Western U.S., UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies, procedures and practices, and his Affidavit. |
| | | | | | **Robert Delaney**, Major Account Manager, RSM and MAM duties and responsibilities, UPS policies, procedures and practices, business/travel expense and reimbursement. |
| | | | | | **Ryan Finney**, Major Account Manager, RSM and MAM duties and responsibilities, UPS policies, procedures and practices, business/travel expense and reimbursement. |
| | | | | | **Brian Winter**, Major Account Manager, RSM and MAM duties and responsibilities, UPS policies, procedures and practices, business/travel expense and reimbursement. |
| | | | | | **Debe Pipher**, Major Account Manager, RSM and MAM duties and responsibilities, UPS policies, procedures and practices, business/travel expense and reimbursement. |
| | | | | | **Erika Chisholm**, Security Manager, Transportation, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies and procedures. |
| | | | | | **Latisha Davenport**, Campus Security Specialist, SCS, UPS's investigation, discipline and termination of Plaintiff and other employees, UPS's policies and procedures. |
| | | | | | **Elaine Penas**, Ocean Freight Supervisor II, RSM duties and responsibilities, UPS policies, procedures and practices, business/travel expense and reimbursement. |
| | | | | | **Mohammad Azam**, Vice President, Corporate Internal Audit, Compliance & Ethics, UPS's investigation, discipline and termination of Stephen Flowers and other employees, UPS's policies, procedures and practices. |
| | | | | | **Jim Barber**, Chief Operating Officer, UPS's investigation, discipline and termination of Stephen Flowers and other employees, UPS's policies, procedures and practices. |
| | | | | | **Stephen Flowers**, former President, Global Freight Forwarding, UPS's investigation, discipline and termination of Flowers and other employees, UPS's policies, procedures and practices. |
| | | | | | **Will Lyons**, UPS Corporate Compensation, UPS's RPU and IMIP Incentive Compensation generally and as to Plaintiff. |
| | | | | | **Jarett Hinson**, UPS Retirement Benefits Director, UPS's pension plan generally and as to Plaintiff. |
| | | | | | **Jeff Swilling**, Senior Manager, Corporate Sales Planning and Performance, UPS's sales incentive compensation generally and as to Plaintiff. |
| | | | | | **Jane Keil**, Senior Administrative Assistant, Plaintiff's vacation earned and taken in 2016. |
| | | | | | **Rebuttal witnesses** (presently unidentified) |
| | | | | | **Impeachment witnesses** (presently unidentified) |
| | | | | | Persons identified by UPS in its Rule 26(A)(1) Initial Disclosures, its Supplemental Rule 26 (A)(1) Initial Disclosures and its Second Supplemental Rule 26(A)(1) Initial Disclosures are believed to possess knowledge of facts and/or are likely to have admissible information that Plaintiff Lansdale may use to support his claims or defenses, unless solely used for impeachment, with respect to the subjects disclosed by UPS. |