# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| Michael L. Lansdale, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Becky R. Thorson |
| v. | U.S. Magistrate Judge |
| UPS Supply Chain Solutions, Inc., | |
| Defendant. | |

Case No:       16cv4106 (JRT/BRT)
Date:          December 4, 2018
Location:      St. Paul, Courtroom 6A
Court Reporter: n/a
CD Number:     12/4/18 (2:03–2:48)
Hearing Time Commenced:  2:03 p.m.
Hearing Time Concluded:  2:48 p.m.
Time in Court:  45 minutes

APPEARANCES:
  For Plaintiff:   Thomas E. Glennon, Esq., Thomas E. Glennon, P.A.
  For Defendant:   Donald M. Lewis, Esq., Sarah B. Riskin, Esq., Nilan Johnson Lewis P.A.

  Hearing on:     Plaintiff's Motion to Modify the Pretrial Scheduling Order, to Modify the Discovery Deadline for Limited Purposes, to Compel Discovery for Limited Purposes, and for Other Relief. (Doc. No. 253.)

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF: n/a

**ORDER TO BE SUBMITTED BY:**       **X COURT**    ☐ **PLAINTIFF**  ☐ **DEFENDANT**

Motion taken under advisement as of:  n/a

X ORDER TO BE ISSUED   ☐ NO SEPARATE ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                          s/ Troy Martell
                                                       Signature of Law Clerk