# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Michael L. Lansdale, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| v. | Chief U.S. District Judge |
| UPS Supply Chain Solutions, Inc., | |
| Defendant. | |

| | |
|---|---|
| Case No: | 16-4106 (JRT/BRT) |
| Date: | December 17, 2018 |
| Deputy: | Heather Arent-Zachary |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 10:14 am |
| Time Concluded: | 11:22 am |
| Time in Court: | 1 Hour & 8 Minutes |

Hearing on:

Defendant's Motion in Limine [Docket No. 262]
Defendants' Motion for Voluntary Dismissal of Counterclaim [Docket No. 276]
Plaintiff's Motion in Limine to Preclude Admission of Information/Documents Not Disclosed/Produced in Discovery [Docket No. 278]
Defendant's Motion in Limine No. 7 Precluding Testimony of UPS Current and Former Officers [Docket No. 289]
Defendant's Motion in Limine No. 8 Preclude Evidence Regarding Unrelated Litigation [Docket No. 315]
Plaintiff's Appeal of Magistrate Judge Decision [Docket No. 322]

APPEARANCES:

    Plaintiff:    Thomas Glennon
    Defendant:    Sarah Riskin, Donald Lewis

PROCEEDINGS:

    Motions taken Under Advisement

**IT IS ORDERED:

    ☒ Written order forthcoming.

                                                          s/Heather Arent-Zachary
                                                                         Courtroom Deputy