# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael L. Lansdale,

        Plaintiff,

   v.

UPS Supply Chain Solutions, Inc.,

        Defendant.

Court File No. 016-cv-04106 JRT/BRT

**DEFENDANT'S SECOND AMENDED EXHIBIT LIST**

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| The Honorable John R. Tunheim | | | Thomas E. Glennon | Donald M. Lewis,<br>Sarah B. Riskin |
| **TRIAL DATE (S) January 3, 2019** | | | **COURT REPORTER**<br>Kristine Mousseau | **COURTROOM DEPUTY**<br>Heather Arent-Zachary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | D001 | | | | Code of Business Conduct (Depo. Ex. 71; ECF 71; UPS-Lansdale004958-5005) |
| | D002 | | | | UPS Policy Book (ECF 70; UPS-Lansdale000281-342) |
| | D003 | | | | Employee Expense Reimbursement Policies Updated February 2014 (ECF 112; UPS-Lansdale006164-6201) |
| | D004 | | | | Employee Expense Reimbursement Policies Updated March 2015 (ECF 65 UPS-Lansdale003466-3500) |
| | D005 | | | | Employee Expense Reimbursement Policies Updated November 2015 (Depo. Ex. 1; ECF 113; UPS-Lansdale000246-280) |
| | D006 | | | | Corporate Card User Guide Revised 8/17/07 (Depo. Ex. 2; ECF 66 UPS-Lansdale000229-244) |
| | D007 | | | | Oracle iExpense Reference Guide (Depo. Ex. 25; ECF 68; UPS-Lansdale005009-5037) |
| | D008 | | | | Oracle iExpense Approver Guide (Depo. Ex. 26; UPS-Lansdale005038-5049) |
| | D009 | | | | 04/15/15 Email from Cris Florence to Various attaching 2015 Employee Expense Reimbursement Guidelines (Depo. Ex. 73; ECF 77; UPS-Lansdale003464-3465) |

| | | | | |
|---|---|---|---|---|
| D010 | | | | 01/30/14 Email from Michael Lansdale to Various regarding Policy Book (Depo. Ex. 69; ECF 74; UPS-Lansdale004005-4061) |
| D011 | | | | 2015 Business Compliance and Ethics Questionnaire Completed by Mike Lansdale (Depo. Ex. 68; ECF 78; UPS-Lansdale004676-4681) |
| D012 | | | | Americans with Disabilities Act Policy (UPS-Lansdale000228) |
| D013 | | | | Regional Sales Lead Manager Job Description (Depo. Ex. 67; UPS-Lansdale005060-5063) |
| D014 | | | | 12/03/14 Email from Cris Florence to Michael Lansdale regarding AMEX 120 Days Overdue – Robert Delaney (UPS-Lansdale003341-3342) |
| D015 | | | | 12/09/14 Email from Michael Lansdale to Robert Delaney regarding AMEX 120 Days Overdue – Robert Delaney (UPS-Lansdale003355-3356) |
| D016 | | | | 12/09/14 Email from Michael Lansdale to Dan Arth regarding Quick Expense Update (Depo. Ex. 75; ECF 75; UPS-Lansdale003354) |
| D017 | | | | 06/10/15 Email from Debe Pipher to Michael Lansdale regarding Action Required: Expense EA21854615 for Pipher, Deborah (UPS-Lansdale001228-1232) |
| D018 | | | | 12/16/15 Email from Robert Delaney to Michael Lansdale regarding Action Required: Expense EA22317604 for Delany, Robert (UPS-Lansdale004248-4251) |
| D019 | | | | 02/02/16 Email from Michael Lansdale to Robert Delaney regarding Expense EA22317604 Receipts Missing (UPS-Lansdale004356-4359) |
| D020 | | | | January 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 01/22/15 (UPS-Lansdale002429-2432) |
| D021 | | | | January 2015 Sales Expense Report for Michael Lansdale, transmitted 02/17/15 (UPS-Lansdale003414-3415) |
| D022 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on January 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000641-0648; 1032) |
| D023 | | | | February 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 02/22/15 (UPS-Lansdale002425-2428) |
| D024 | | | | February 2015 Sales Expense Report for Michael Lansdale, transmitted 03/13/15 (UPS-Lansdale003427-3429) |

4852-1490-5476.1

| | | | | |
|---|---|---|---|---|
| D025 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on February 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000075-78; 624-630; 632; 649-657; 1045; 1047-1048) |
| D026 | | | | March 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 03/24/15 (UPS-Lansdale002441-2445) |
| D027 | | | | March 2015 Sales Expense Report for Michael Lansdale, transmitted 04/16/15 (UPS-Lansdale003501-3504) |
| D028 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on March 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000635-640; 697-720; 729; 1019-1024) |
| D029 | | | | April 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 04/23/15 (UPS-Lansdale002412-2414) |
| D030 | | | | April 2015 Sales Expense Report for Michael Lansdale, transmitted 05/18/15 (UPS-Lansdale003555-3556) |
| D031 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on April 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000578; 721; 2948) |
| D032 | | | | May 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 05/23/15 (UPS-Lansdale002446-2450) |
| D033 | | | | May 2015 Sales Expense Report for Michael Lansdale, transmitted 06/18/15 (UPS-Lansdale003583-3585) |
| D034 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on May 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000579-580; 722-728; 940-943) |
| D035 | | | | June 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 06/22/15 (UPS-Lansdale002437-2440) |
| D036 | | | | June 2015 Sales Expense Report for Michael Lansdale, transmitted 07/20/15 (UPS-Lansdale003630-3633) |
| D037 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on June 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000674-689; 730-739; 1149-1151; 1154-1157) |
| D038 | | | | July 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 07/22/15 (UPS-Lansdale002433-2436) |

| | | | | |
|---|---|---|---|---|
| D039 | | | | July 2015 Sales Expense Report for Michael Lansdale, transmitted 08/18/15 (UPS-Lansdale003644-3646) |
| D040 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on July 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000086; 658-662; 690-695; 698; 1116; 2943-2945) |
| D041 | | | | August 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 08/22/15 (UPS-Lansdale002415-2421) |
| D042 | | | | August 2015 Sales Expense Report for Michael Lansdale, transmitted 09/18/15 (UPS-Lansdale003675-3678) |
| D043 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on August 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000582-613; 663-667; 669-673; 1083-1088; 1090-1092) |
| D044 | | | | 12/01/15 Email from Accounts Payable to Michael Lansdale regarding EA22141536 (UPS-Lansdale004204) |
| D045 | | | | September 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 09/22/15 (UPS-Lansdale002461-2464) |
| D046 | | | | September 2015 Sales Expense Report for Michael Lansdale, transmitted 10/16/15 (UPS-Lansdale003685-3686) |
| D047 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on September 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000096; 98; 563-565; 568-570; 573-575; 614-619; 621-623; 775; 778; 780) |
| D048 | | | | 12/01/15 Email from Accounts Payable to Michael Lansdale regarding EA22204700 (UPS-Lansdale004203) |
| D049 | | | | October 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 10/22/15 (UPS-Lansdale002456-2460) |
| D050 | | | | October 2015 Sales Expense Report for Michael Lansdale, transmitted 11/18/15 (UPS-Lansdale003715-3718) |

4852-1490-5476.1

| | | | | |
|---|---|---|---|---|
| D051 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on October 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000101; 762-763; 765-773; 776-777; 781-786; 788-795; 1220-1224; 2937-2938; 2946-2947; 2954-2958) |
| D052 | | | | 12/01/15 Email from Accounts Payable to Michael Lansdale regarding EA22269759 (UPS-Lansdale004201) |
| D053 | | | | November 2015 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date 11/22/15 (UPS-Lansdale002451-2455) |
| D054 | | | | November 2015 Sales Expense Report for Michael Lansdale, transmitted 12/18/15 (UPS-Lansdale003743-3745) |
| D055 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on November 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000740-758; 760; 1162-1166; 1168) |
| D056 | | | | December 2015 AMEX Corporate Card Statement of Account for Michael Lansdale closing date 12/22/15 (UPS-Lansdale002422-2424) |
| D057 | | | | December 2015 Sales Expense Report for Michael Lansdale, transmitted 01/18/16 (UPS-Lansdale003749-3750) |
| D058 | | | | December 2015 Sales Expense Report for Michael Lansdale, Notification of Approval, transmitted 01/19/16 UPS-Lansdale004326-4327) |
| D059 | | | | December 2015 Sales Expense Report for Michael Lansdale, Notification of Missing Required Receipts, transmitted 02/08/16 (UPS-Lansdale004370-4371) |
| D060 | | | | 01/22/16 Email from American Express to Michael Lansdale regarding We've received your payment (UPS-Lansdale004328) |
| D061 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-52001 Reported on December 2015 AMEX Statement for Michael Lansdale (UPS-Lansdale000979-984) |
| D062 | | | | 02/15/16 Email from Accounts Payable to Michael Lansdale regarding EA22390629 (UPS-Lansdale004372) |
| D063 | | | | January 2016 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date January 22, 2016 (UPS-Lansdale005962-5965) |

| | | | | |
|---|---|---|---|---|
| D064 | | | | January 2016 Sales Expense Report for Michael Lansdale, transmitted 02/18/16 (UPS-Lansdale003768-3769) |
| D065 | | | | 12/22/15 Email from American Express to Michael Lansdale regarding Your Account is Past Due (UPS-Lansdale004260-4261) |
| D066 | | | | February 2016 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date February 22, 2014 (UPS-Lansdale005966-5970) |
| D067 | | | | February 2016 Sales Expense Report for Michael Lansdale, transmitted 03/1/116 (UPS-Lansdale003770-3772) |
| D068 | | | | January 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date January 22, 2014 (UPS-Lansdale005854-5857) |
| D069 | | | | January 2014 Sales Expense Report for Michael Lansdale, transmitted 03/31/14 (UPS-Lansdale001025-1027) |
| D070 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on January 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000359; 442-445; 1028-1029) |
| D071 | | | | February 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date February 22, 2014 (UPS-Lansdale005871-5875) |
| D072 | | | | February 2014 Sales Expense Report for Michael Lansdale, transmitted 04/07/14 (UPS-Lansdale001033-1035) |
| D073 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on February 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000424-434; 447-458; 1036-1037) |
| D074 | | | | March 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date March 24, 2014 (UPS-Lansdale005876-5880) |
| D075 | | | | March 2014 Sales Expense Report for Michael Lansdale, transmitted 06/02/14 (UPS-Lansdale001002-1004) |
| D076 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on March 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000435-436; 438-441; 490-491; 493-498; 500-502; 504-509; 1011-1012) |
| D077 | | | | April 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date April 23, 2014 (UPS-Lansdale005881-5884) |

| | | | | |
|---|---|---|---|---|
| D078 | | | | April 2014 Sales Expense Report for Michael Lansdale, transmitted 06/05/14 (UPS-Lansdale001120-1121) |
| D079 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on April 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000390-391; 510-520; 1122-1123) |
| D080 | | | | May 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date May 23, 2014 (UPS-Lansdale005885-5889) |
| D081 | | | | May 2014 Sales Expense Report for Michael Lansdale, transmitted 06/18/14 (UPS-Lansdale006202-6206) |
| D082 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on May 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000392-393; 521-541; 6207-6211) |
| D083 | | | | June 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date June 22, 2014 (UPS-Lansdale005890-5892) |
| D084 | | | | June 2014 Sales Expense Report for Michael Lansdale, transmitted 10/13/14 (UPS-Lansdale001139-1140) |
| D085 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on June 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000481; 483-486; 1141-1142) |
| D086 | | | | July 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date July 22, 2014 (UPS-Lansdale005893-5897) |
| D087 | | | | July 2014 Sales Expense Report for Michael Lansdale, transmitted 10/13/14 (UPS-Lansdale001099-1101) |
| D088 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on July 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000459-463; 465-466; 487-489; 1103.1107) |
| D089 | | | | August 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date August 22, 2014 (UPS-Lansdale005898-5903) |
| D090 | | | | August 2014 Sales Expense Report for Michael Lansdale, transmitted 10/13/14 (UPS-Lansdale001062-1065) |
| D091 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on August 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000394-395; 398-403; 467-470; 472-480; 1066-1073) |

4852-1490-5476.1

| | | | | |
|---|---|---|---|---|
| D092 | | | | September 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date September 22, 2014 (UPS-Lansdale005904-5908) |
| D093 | | | | September 2014 Sales Expense Report for Michael Lansdale, transmitted 10/23/14 (UPS-Lansdale000947-949) |
| D094 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on September 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000554-558; 950-952) |
| D095 | | | | October 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date October 22, 2014 (UPS-Lansdale005858-5861) |
| D096 | | | | October 2014 Sales Expense Report for Michael Lansdale, transmitted 01/12/15 (UPS-Lansdale001203-1205) |
| D097 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on October 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000547-550; 559-562; 1206-1209) |
| D098 | | | | November 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date November 22, 2014 (UPS-Lansdale005862-5866) |
| D099 | | | | November 2014 Sales Expense Report for Michael Lansdale, transmitted 01/12/15 (UPS-Lansdale001185-1187) |
| D100 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on November 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000542-546; 551-552; 1188-1192) |
| D101 | | | | December 2014 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date December 22, 2014 (UPS-Lansdale005567-5870) |
| D102 | | | | December 2014 Sales Expense Report for Michael Lansdale, transmitted 03/02/15 (UPS-Lansdale000964-966) |
| D103 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on December 2014 AMEX Statement for Michael Lansdale (UPS-Lansdale000404-419; 421-423; 967-969; 971-74) |
| D104 | | | | January 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date January 23, 2013 (UPS-Lansdale005797-5800) |
| D105 | | | | February 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date February 22, 2013 (UPS-Lansdale005819-5823) |

8

| | | | | |
|---|---|---|---|---|
| D106 | | | | March 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date March 24, 2013 (UPS-Lansdale005824-5828) |
| D107 | | | | March 2013 Sales Expense Report for Michael Lansdale, transmitted 06/24/13 (UPS-Lansdale000985-988) |
| D108 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on March 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000989-995) |
| D109 | | | | April 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date April 23, 2013 (UPS-Lansdale005829-5831) |
| D110 | | | | April 2013 Sales Expense Report for Michael Lansdale, transmitted 06/24/13 (UPS-Lansdale000907-908) |
| D111 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on April 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000909-910) |
| D112 | | | | May 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date May 23, 2013 (UPS-Lansdale005832-5835) |
| D113 | | | | May 2013 Sales Expense Report for Michael Lansdale, transmitted 06/07/13 (UPS-Lansdale000913-916) |
| D114 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on May 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000917-919) |
| D115 | | | | June 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date June 22, 2013 (UPS-Lansdale005836-5840) |
| D116 | | | | June 2013 Sales Expense Report for Michael Lansdale, transmitted 08/05/13 (UPS-Lansdale001126-1128; 1132) |
| D117 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on June 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale001129-1131; 1138) |
| D118 | | | | July 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date July 22, 2013 (UPS-Lansdale005841-5844) |
| D119 | | | | July 2013 Sales Expense Report for Michael Lansdale, transmitted 09/05/13 (UPS-Lansdale001094-1096) |
| D120 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on July 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale001097-1098) |

| | | | | |
|---|---|---|---|---|
| D121 | | | | August 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date August 22, 2013 (UPS-Lansdale005845-5848) |
| D122 | | | | August 2013 Sales Expense Report for Michael Lansdale, transmitted 10/08/13 (UPS-Lansdale001053-1055) |
| D123 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on August 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000344-347; 362; 1056-1059; 1061) |
| D124 | | | | September 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date September 22, 2013 (UPS-Lansdale005849-5853) |
| D125 | | | | October 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date October 22, 2013 (UPS-Lansdale005801-5809) |
| D126 | | | | October 2013 Sales Expense Report for Michael Lansdale, transmitted 01/13/14 (UPS-Lansdale001197-1199) |
| D127 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on October 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000382-383; 1200-1202) |
| D128 | | | | November 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date November 22, 2013 (UPS-Lansdale005810-5814) |
| D129 | | | | November 2013 Sales Expense Report for Michael Lansdale, transmitted 01/13/14 (UPS-Lansdale001175-1177) |
| D130 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on November 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000366-377; 379-381; 384; 387-389; 1178-1182; 1184) |
| D131 | | | | December 2013 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date December 22, 2013 (UPS-Lansdale005815-18) |
| D132 | | | | December 2013 Sales Expense Report for Michael Lansdale, transmitted 04/07/14 (UPS-Lansdale001169-1171) |
| D133 | | | | Various Merchant Receipts for Charges on AMEX Corporate Card XXXX-XXXXX7-51003 Reported on December 2013 AMEX Statement for Michael Lansdale (UPS-Lansdale000348; 350-356; 358; 378; 1172-1173) |

4852-1490-5476.1

| | | | | |
|---|---|---|---|---|
| D134 | | | | Copy of Envelope Containing Receipts Located on Michael Lansdale's Desk by Herman Gonzales (UPS-Lansdale006202) |
| D135 | | | | Receipts Located on Michael Lansdale's Desk by Herman Gonzales (UPS-Lansdale000578-795) |
| D136 | | | | 12/07/15 Email from Lester Weekes to T. Geist regarding Emailing Pipeline Case Michael Lansdale (Depo. Ex. 104; UPS-Lansdale004469) |
| D137 | | | | Investigation Summary Report by Lester Weekes, Case No. 20151201 (UPS-Lansdale004470-4473) |
| D138 | | | | Underlying Data and Analysis Prepared by Lester Weekes in Connection with Preparation of Investigation Summary Report and Transmitted to T. Geist on 12/07/15 as "MICHAEL L LANSDALE.xlsx," in Native Excel Format (UPS-Lansdale004474) |
| D139 | | | | 12/08/15 Email from Lester Weekes to Michael Arias regarding Emailing Pipeline Case Michael Lansdale (ECF 81; UPS-Lansdale004475) |
| D140 | | | | 01/14/16 Email from Michael Arias to Lester Weekes regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale004485) |
| D141 | | | | 01/14/16 Email from Michael Arias to Ron Jordan and Cris Florence regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale004818) |
| D142 | | | | 01/14/16 Email from Michael Arias to Lester Weekes regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale004481-4482) |
| D143 | | | | 01/19/16 Email from Michael Arias to Lester Weekes regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale004494-4495) |
| D144 | | | | 01/19/16 Email from Lester Weekes to Cris Florence regarding AMEX Case New Michael Lansdale without December (UPS-Lansdale004488) |
| D145 | | | | Underlying Data and Analysis Prepared by Lester Weekes, Updated on 01/19/16 and Transmitted to Cris Florence as "AMEX Case New Michael Lansdale without december.xlsx," in Native Excel Format (UPS-Lansdale00489) |
| D146 | | | | 01/20/16 Email from Cris Florence to Lester Weekes regarding AMEX Case Michael Lansdale without December (UPS-Lansdale004505) |
| D147 | | | | 01/20/16 Email from Cris Florence to Ron Jordan regarding Emailing Pipeline Case Michael Lansdale (Depo. Ex. 4; ECF 84; UPS-Lansdale003877-3878) |

| | | | | |
|---|---|---|---|---|
| D148 | | | | 01/20/16 Email from Gerald Yee to Jeff LaMaster and Erika – Faifer regarding Mike Lansdale – AMEX Concerns (ECF 83; UPS-Lansdale001627) |
| D149 | | | | 01/21/16 Email from Erika Faifer to Bianca Jones regarding AMEX Statements & Expense Account Reports (UPS-Lansdale001721-1722) |
| D150 | | | | 01/21/16 Email from Cris Florence to Erika Faifer regarding Emailing Pipeline case Michael Lansdale (UPS-Lansdale001693-1695) |
| D151 | | | | 01/21/16 Email from Erika Faifer to Lester Weekes regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale001696-1698) |
| D152 | | | | Underlying Data and Analysis of Expense Account Reports of Deborah A. Pipher, Robert Delaney, Ryan J. Finney, and Michael L. Lansdale, Prepared by Lester Weekes and Transmitted to Erika Faifer on 01/21/16 as "Multiple Lunches.xlsx," in Native Excel Format (UPS-Lansdale001699) |
| D153 | | | | 01/21/16 Email from Lester Weekes to Erika Faifer regarding AMEX Case New Michael Lansdale without December (UPS-Lansdale001689-1691) |
| D154 | | | | 01/21/16 Email from Erika Faifer to Herman Gonzales regarding Mike Lansdale AMEX Concerns (Depo. Ex. 33; UPS-Lansdale001659-1660) |
| D155 | | | | 01/21/16 Email from Lester Weekes to Erika Faifer regarding Emailing Pipeline Case Michael Lansdale (ECF 85; UPS-Lansdale001654-1657) |
| D156 | | | | Compilation of Transactions on Michael Lansdale's Corporate AMEX Card and Corresponding Expense Account Report Entries and Data from 03/04/09 through 01/13/16, prepared by Lester Weekes and transmitted to Erika Faifer on 01/21/16 as "Lansdale current.xlsx," in Native Excel Format (UPS-Lansdale001658) |
| D157 | | | | 01/26/16 Email from Erika Faifer to Jeff LaMaster regarding AMEX Statements with Attached Expenses 2013-2015 (Depo. Ex. 88; UPS-Lansdale001729-1730) |
| D158 | | | | Michael Lansdale Expenses 2013 through 2015 (UPS-Lansdale001731-2055) |
| D159 | | | | 01/27/16 Email from Bianca Jones to Erika Faifer regarding AMEX Statements & Expense Account Reports (UPS-Lansdale002396-2398) |
| D160 | | | | Michael Lansdale Expense Report Detail (UPS-Lansdale002399) |
| D161 | | | | 01/28/16 Email from Erika Faifer to Herman Gonzales regarding AMEX Statements (UPS-Lansdale002493-2494) |

| | | | | |
|---|---|---|---|---|
| D162 | | | | 02/10/16 Email from Cris Florence to Erika Faifer regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale002566-2570) |
| D163 | | | | 02/11/16 Email from Cris Florence to Mike Howard, Michael Lansdale and Rich Yopchick regarding Expense Reports (UPS-Lansdale003767) |
| D164 | | | | 02/12/16 Email from Cris Florence to Erika Faifer regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale002588-2592) |
| D165 | | | | 02/18/16 Email from Ron Jordan to Angie Brewer regarding Mike Lansdale AMEX Concerns (Depo. Ex. 7; UPS-Lansdale004816-4817) |
| D166 | | | | 02/18/16 Email from Erika Faifer to Lester Weekes regarding Emailing Pipeline Case Michael Lansdale (Depo. Ex. 37; UPS-Lansdale002616) |
| D167 | | | | 02/18/16 Email from Erika Faifer to Lester Weekes regarding Book 1.xslx (Depo. Ex. 38; UPS-Lansdale002602) |
| D168 | | | | Compilation of Transactions on Michael Lansdale's Corporate AMEX Card and Corresponding Expense Account Report Entries and Data from 03/04/09 through 02/13/16, prepared by Lester Weekes and transmitted to Erika Faifer on 02/18/16 as "Book1.xlsx," in Native Excel Format (UPS-Lansdale002603) |
| D169 | | | | 02/23/16 Email from Lester Weekes to Erika Faifer regarding Information Request – Robert Delaney (Depo. Ex. 39; UPS-Lansdale002627-2628) |
| D170 | | | | Compilation of Transactions on Ryan Finney's Corporate AMEX Card and Corresponding Expense Account Report Entries and Data from 03/24/09 through 02/08/16, prepared by Lester Weekes and transmitted to Erika Faifer on 02/23/16 as "RYAN J FINNEY," in Native Excel format (UPS-Lansdale002629) |
| D171 | | | | 02/25/16 Email from Lester Weekes to Erika Faifer regarding Information Request – Coutts & Winter (Depo. Ex. 41; UPS-Lansdale002696-2697) |
| D172 | | | | Compilation of Transactions on Brian R. Winter's and Douglas Coutts' Corporate AMEX Cards and Corresponding Expense Account Report Entries and Data, prepared by Lester Weekes and transmitted to Erika Faifer on 02/25/16 as "Additional meals for other emps.xlsx," in Native Excel Format (UPS-Lansdale002698) |

13

| | | | | |
|---|---|---|---|---|
| D173 | | | | 02/25/16 Email from Erika Faifer to Jeff LaMaster and Herman Gonzales regarding MSP Michael Lansdale AMEX Expense Analysis attaching Analysis (ECF 91; UPS-Lansdale002645-2646) |
| D174 | | | | Michael Lansdale Expense Comparisons (UPS-Lansdale002647-2694) |
| D175 | | | | Underlying Data and Analysis of Michael Lansdale's Corporate AMEX Card Transactions and Expense Account Reports, transmitted from Erika Faifer to Jeff LaMaster and Herman Gonzales on 02/25/16 as "MSP Lansdale F&A Analysis.xlsx," in Native Excel format (UPS-Lansdale002695) |
| D176 | | | | 02/26/16 Email from Herman Gonzales to Erika Faifer and Jeff LaMaster regarding MSP Michael Lansdale AMEX Expense Analysis (Depo. Ex. 8, UPS-Lansdale002702-2703) |
| D177 | | | | 02/26/16 Email from Herman Gonzales to Erika Faifer regarding MSP Michael Lansdale AMEX Expense Analysis (UPS-Lansdale002699-2700) |
| D178 | | | | Underlying Data and Analysis of Michael Lansdale's Corporate AMEX Card Transactions and Expense Account Reports, prepared by Herman Gonzales and transmitted to Erika Faifer on 02/26/16 as "Lansdale.xlsx," in Native Excel format (UPS-Lansdale002701) |
| D179 | | | | 02/29/16 Email from Erika Faifer to Herman Gonzales regarding MSP Michael Lansdale AMEX Expense Analysis attaching Reports (ECF 92; UPS-Lansdale002714-2715) |
| D180 | | | | 02/29/16 Email from Erika Faifer to Jeff LaMaster regarding MSP Michael Lansdale AMEX Expense Analysis (MSJ Ex. CC; UPS-Lansdale002712-2713) |
| D181 | | | | 03/01/16 Email from Erica Chisholm to Erika Faifer regarding AMEX Statements & Expense Account Reports (UPS-Lansdale002725-2727) |
| D182 | | | | 03/01/16 Email from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale Executive Summary (UPS-Lansdale002722) |
| D183 | | | | 03/01/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (UPS-Lansdale002723-2724) |
| D184 | | | | 03/02/16 Email from Rodney Helus to Lester Weekes regarding Meals for 8 People (UPS-Lansdale004544) |

14

| | | | | |
|---|---|---|---|---|
| D185 | | | | Underlying Data and Analysis of Expense Account Reports of Elaine Penas, Deborah Pipher, Michael Lansdale, Jenny Winkler, Robert Delaney, Ryan Finney, Brian Winter, and Douglas Coutts, transmitted from Rodney Helus to Lester Weekes on 03/02/16 as "Meals for 8 People.xlsx," in Native Excel format (UPS-Lansdale004545) |
| D186 | | | | 03/02/16 Email from Eriak Faifer to Jeff LaMaster regarding MSP Michael Lansdale AMEX Investigation Executive Summary (UPS-Lansdale002751) |
| D187 | | | | 03/02/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (UPS-Lansdale002752-2753) |
| D188 | | | | Michael Lansdale Expense Comparisons (UPS-Lansdale002754-2801) |
| D189 | | | | 03/03/16 Email from Erika Faifer to Herman Gonzales regarding MSP Mike Lansdale Executive Summary (UPS-Lansdale002823) |
| D190 | | | | 03/02/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (UPS-Lansdale002824-2825) |
| D191 | | | | 03/03/16 Email from Herman Gonzales to Erika Faifer regarding MSP Mike Lansdale Executive Summary (Depo. Ex. 9; UPS-Lansdale002822) |
| D192 | | | | 03/03/16 Email from Jeff LaMaster to Erika Faifer regarding March 21-25 (UPS-Lansdale002818-2819) |
| D193 | | | | 03/10/16 Email from Jeff LaMaster to George Ryan regarding MSP Michael Lansdale AMEX Investigation Executive Summary attaching Memorandum (ECF 94; UPS-Lansdale003945) |
| D194 | | | | 03/02/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (UPS-Lansdale003946-3947) |
| D195 | | | | Michael Lansdale Expense Comparisons (UPS-Lansdale003948-3995) |
| D196 | | | | 03/10/16 Email from George Ryan to Angie Brewer regarding MSP Michael Lansdale AMEX Investigation Executive Summary (Depo. Ex. 105; UPS-Lansdale001348-1349) |
| D197 | | | | 03/02/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (UPS-Lansdale001350-1351) |
| D198 | | | | Michael Lansdale Expense Comparisons (UPS-Lansdale001352-1399) |

4852-1490-5476.1

| | | | | |
|---|---|---|---|---|
| D199 | | | | 03/15/16 Email from Erika Faifer to Latisha Davenport regarding AMEX Investigation Receipts to Request (Depo. Ex. 49; UPS-Lansdale002859) |
| D200 | | | | Screenshots of Websites of Restaurants and Hotels (UPS-Lansdale002860-2870) |
| D201 | | | | Compilation of Corporate AMEX Account Transactions and Corresponding Expense Account Entries for Michael Lansdale, Deborah Pipher, Robert Delaney, Ryan Finney, and Brian Winter, prepared by Erika Faifer and transmitted to Latisha Davenport on 03/15/16 as "Receipts to Request.xlsx," in Native Excel format, (UPS-Lansdale002871) |
| D202 | | | | 03/15/16 Email from Angie Brewer to George Ryan regarding MSP Michael Lansdale AMEX Investigation Executive Summary (UPS-Lansdale001402-1404) |
| D203 | | | | 03/16/16 Email from Herman Gonzales to Angie Brewer regarding MSP Michael Lansdale AMEX Investigation Executive Summary (UPS-Lansdale001407) |
| D204 | | | | 03/17/16 Email from Jeff LaMaster to Herman Gonzales regarding Accepted Mike Lansdale AMEX Corporate Card Investigation (UPS-Lansdale003855) |
| D205 | | | | 03/18/16 Email from Latisha Davenport to Erika Faifer regarding Update: AMEX Investigation-Receipts to Request (UPS-Lansdale002935-2936) |
| D206 | | | | Requested Receipts (UPS-Lansdale002937-2958) |
| D207 | | | | 03/21/16 Email from Jeff LaMaster to Erika Faifer regrading Action Required: Expense EA22503440 for Lansdale, Michael (UPS-Lansdale002982-2985) |
| D208 | | | | 03/21/16 Email from Cris Florence to Erika Faifer regarding Action Required: Expense EA22503440 for Lansdale, Michael (UPS-Lansdale002978-2981) |
| D209 | | | | 03/21/16 Email from Erika Faifer to Jeff LaMaster and Herman Gonzales regarding MSP Lansdale Receipt Analysis (UPS-Lansdale002964) |
| D210 | | | | Analysis of Various Receipts (UPS-Lansdale002965-2975) |
| D211 | | | | Analysis of Hilton Amelia's Receipt dated 06/04/15 (UPS-Lansdale002976-2977) |
| D212 | | | | 03/22/16 Calendar Notice regarding Mike Lansdale AMEX Corporate Card Investigation (ECF 97; UPS-Lansdale001529) |
| D213 | | | | Angie Brewer's Handwritten Notes Michael Lansdale/Review (UPS-Lansdale004840) |

| | | | | |
|---|---|---|---|---|
| D214 | | | | 03/22/16 Email from Herman Gonzales to Angie Brewer and Gerald Yee regarding MSP Lansdale-Brian Winter Detailed Receipt Evidence (UPS-Lansdale001465) |
| D215 | | | | Analysis of Hilton Amelia's Receipt dated 06/04/15 (UPS-Lansdale001466-1467) |
| D216 | | | | Analysis of Various Receipts (UPS-Lansdale001468-1478) |
| D217 | | | | Underlying Data and Analysis of Michael Lansdale's Corporate AMEX Card Transactions and Expense Account Reports, prepared by Herman Gonzales and transmitted to Angie Brewer and Gerald Yee on 03/22/16 as "Lansdale Analysis.xlsx," in Native Excel format (UPS-Lansdale001479) |
| D218 | | | | Michael Lansdale Expense Comparisons (UPS-Lansdale001480-1527) |
| D219 | | | | 03/24/16 Email from Cris Florence to Erika Faifer regarding Action Required: Expense EA22503440 for Lansdale, Michael (UPS-Lansdale003031-3035) |
| D220 | | | | 03/24/16 Email from Erika Faifer to Herman Gonzales regarding Lansdale Questions (UPS-Lansdale003022-3023) |
| D221 | | | | 03/25/16 Email from Cris Florence to Ron Jordan regarding Mike Lansdale – Expense Account Investigation (ECF 99: UPS-Lansdale004819) |
| D222 | | | | 03/25/16 Email from Ron Jordan to Cris Florence regarding Accepted: Mike Lansdale – Expense Investigation (UPS-Lansdale003890) |
| D223 | | | | 03/25/16 Email from Angie Brewer to Cris Florence regarding Accepted: Mike Lansdale – Expense Investigation (UPS-Lansdale001530) |
| D224 | | | | 03/28/16 Email from Latisha Davenport to Erika Faifer regarding Update: AMEX Investigation-Receipt to Request (UPS-Lansdale003049-3051) |
| D225 | | | | Compilation of Corporate AMEX Account Transactions and Corresponding Expense Account Entries for Michael Lansdale, Deborah Pipher, Robert Delaney, Ryan Finney, and Brian Winter, Updated by Latisha Davenport and Transmitted to Erika Faifer on 03/28/16 as "Receipts to Request.xlsx," in Native Excel format (UPS-Lansdale003052) |
| D226 | | | | Requested Receipts (UPS-Lansdale003053-3081) |
| D227 | | | | 03/29/16 Email from Erika Faifer to Herman Gonzales regarding Emailing Pipeline Case Michael Lansdale (UPS-Lansdale003083-3086) |

17

| | | | | |
|---|---|---|---|---|
| D228 | | | | Compilation of Transactions on Michael Lansdale's Corporate AMEX Card and Corresponding Expense Account Report Entries and Data from 03/04/09 through 03/19/16, transmitted by Erika Faifer to Herman Gonzales on 03/29/16 as "ML current.xlsx, in Native Excel format (UPS-Lansdale003087) |
| D229 | | | | 03/29/16 Email from Herman Gonzales to Angie Brewer regarding Lansdale, Michael (Depo. Ex. 11; UPS-Lansdale001532-1533) |
| D230 | | | | 03/30/16 Email from Rodney Helus to Erika Faifer regarding Additional AMEX Charges-Last Week (UPS-Lansdale003161) |
| D231 | | | | Michael Lansdale 2016 Expenses (UPS-Lansdale003162-3180) |
| D232 | | | | Erika Faifer: Outline for Michael Lansdale Interview (UPS-Lansdale004768-4772) |
| D233 | | | | Erika Faifer: Michael Lansdale Interview Notes dated 03/30/16 (UPS-Lansdale004760-4767) |
| D234 | | | | Herman Gonzales: Michael Lansdale Interview Notes dated 03/3016 (Depo. Ex. 13; UPS-Lansdale004949-4957) |
| D235 | | | | 03/30/16 Michael Lansdale Written Statement (Depo. Ex. 14 & 82; ECF 101 UPS-Lansdale000068-69) |
| D236 | | | | Erika Faifer Notes: Outline for Robert Delaney Interview (UPS-Lansdale004775-4779) |
| D237 | | | | Herman Gonzales: Robert Delaney Interview Notes dated 03/30/16 (Depo. Ex. 15; UPS-Lansdale004944-4948) |
| D238 | | | | 03/30/16 Robert Delaney Written Statement (Depo. Ex. 16; ECF 102 UPS-Lansdale004781-4784) |
| D239 | | | | 03/30/16 Email from Herman Gonzales to Cris Florence regarding How did it go? (Depo. Ex. 107; UPS-Lansdale004943) |
| D240 | | | | 03/30/16 Calendar Reminder re Lansdale Call Review (Depo. Ex. 12; ECF 103; UPS-Lansdale001540) |
| D241 | | | | 03/30/16 Email from Angie Brewer to Herman Gonzales regarding Lansdale Review Call (UPS-Lansdale001535-1536) |
| D242 | | | | 03/31/16 Email from Ron Jordan to Cris Florence regarding Mike Lansdale (Depo. Ex. 17; UPS-Lansdale003892) |
| D243 | | | | Erika Faifer: Michael Lansdale Interview Notes dated 03/31/16 (UPS-Lansdale004773-4774) |
| D244 | | | | Erika Faifer: Michael Lansdale Interview Notes dated 03/31/16 (UPS-Lansdale004780) |

| | | | | |
|---|---|---|---|---|
| D245 | | | | 3/31/16 Email from Herman Gonzales to Cris Florence regarding Offboarding – All Management (Depo. Ex. 19; UPS-Lansdale003185-3187) |
| D246 | | | | 04/01/16 Email from Erika Faifer to Lester Weekes regarding Offboarding: Michael Lansdale (UPS-Lansdale003200-3201) |
| D247 | | | | 04/01/16 Correspondence from Cris Florence to Robert Delaney Confirming Discussion (ECF 104; UPS-Lansdale004841) |
| D248 | | | | 04/01/16 Email from Erika Faifer to Cris Florence regarding Offboarding: Michael Lansdale (UPS-Lansdale003192-3194) |
| D249 | | | | iExpense Screen Shots (UPS-Lansdale005359-5363) |
| D250 | | | | 04/01/16 Email from Lester Weekes to Rodney Helus regarding Offboarding; Michael Lansdale (UPS-Lansdale004548-4549) |
| D251 | | | | 04/25/16 Memorandum from Erika Faifer to Jeff LaMaster regarding MSP Mike Lansdale AMEX Investigation (ECF 100; UPS-Lansdale001599-1602) |
| D252 | | | | Corporate Security Investigation Detail Report regarding Termination Mike Lansdale (Depo. Ex. 23; UPS-Lansdale004784-4794) |
| D253 | | | | 04/29/16 Email from Erika Faifer to Lester Weekes regarding Offboarding: Michael Lansdale (UPS-Lansdale003240-3242) |
| D254 | | | | Analysis of  Michael Lansdale Corporate AMEX Transactions and Expense Account Reports (UPS-Lansdale000823-853) |
| D255 | | | | 06/10/16 Email from Cris Florence to Bianca Jones regarding Emailing: Pipeline Case Michael Lansdale (UPS-Lansdale003828-3832) |
| D256 | | | | Final Sales Expense Report for Michael Lansdale, transmitted 06/13/16 (UPS-Lansdale003842-3844) |
| D257 | | | | June 2016 AMEX Corporate Card Statement of Account for Michael Lansdale, closing date June 22, 2016 (UPS-Lansdale005979-5980) |
| D258 | | | | American Express Transaction Summary for January 2016 (UPS-Lansdale004800-4802) |
| D259 | | | | Erika Faifer's Investigation File (UPS-Lansdale000071-220) |
| D260 | | | | 05/23/14 Email from Brian Smith to Michael Lansdale regarding FYI Oracle Alert: New iExpense Functionality for Card Transactions Over 60 Days (UPS-Lansdale004064) |

| | | | | |
|---|---|---|---|---|
| D261 | | | | AMEX Transactions Over 60 Days Old Must Be Processed Before Submitting Expense Account (Effective May 2014) UPS-Lansdale004065-4069) |
| D262 | | | | 06/05/14 Email from Mary Butler to Various regarding AMEX Transactions Over 60 Days Old – May 2014-FSC (UPS-Lansdale003247) |
| D263 | | | | AMEX Transactions Over 60 Days Old Must Be Processed Before Submitting Expense Account (Effective May 2014) (UPS-Lansdale003248-3252) |
| D264 | | | | UPS Supply Chain Solutions: Welcome Aboard! (UPS-Lansdale005520-5642) |
| D265 | | | | Signature Page to Plaintiff's Responses to Defendant's First Set of Interrogatories to Plaintiff dated 04/27/17 |
| D266 | | | | 03/30/16 Email from Erika Faifer to Herman Gonzales regarding Hey (UPS-Lansdale006253) |
| D267 | | | | Blank 2015 and 2016 Calendars |
| D268 | | | | Rule 1006 Summary: 2015 Non-Itemized Reimbursed Hotel Charges |
| D269 | | | | Rule 1006 Summary: Lansdale American Express Transactions and Expense Report Entries (2014-2016) (Excerpted from Weekes' Report, Exhibit D228) |
| D270 | | | | Rule 1006 Summary: Non-Expensed (Unlisted) Transactions (2015-2016) |
| D271 | | | | [RESERVED] |
| D272 | | | | Fairview Clinics Medical Records (Depo. Ex. 111; UPS-Lansdale004844-4914) |
| D273 | | | | Dr. Troy Scott Medical Records (Depo. Ex. 134; UPS-Lansdale005986-6161) |
| D274 | | | | 11/30/17 Correspondence from Dr. Troy Scott to Thomas Glennon regarding Treatment of Michael Lansdale (Depo. Ex. 131; ECF 109) |
| D275 | | | | 05/17/16 Offer Letter to Michael Landale from U.S. Group Consolidator, Inc. (Depo. Ex. 108; MLL233-234) |
| D276 | | | | US Group Consolidator Inc. File regarding Michael Lansdale (Depo. Ex. 122; USG-Lansale000001-15) |
| D277 | | | | Payroll and Benefits Information from US Group Consolidator Inc. (Depo. Ex. 109, MLL238-255) |
| D278 | | | | Rule 1006 Summary: Potential Excessive Meal Charges - 2015 |
| D279 | | | | Rule 1006 Summary: Potential Excessive Meal Charges - 2014 |
| D280 | | | | Rule 1006 Summary: 2015 Questionable Expense Account Meal Descriptions |
| | | | | All exhibits identified by Plaintiff |

4852-1490-5476.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | | All documents needed for impeachment |
| | | | | | All documents needed for rebuttal |
| | | | | | All pleadings filed or served in this case |
| | | | | | |

Dated:  January 2, 2019                 **NILAN JOHNSON LEWIS PA**

By:    /s/ Sarah B. Riskin
           Donald M. Lewis, Reg. No. 62844
           Sarah B. Riskin, Reg. No. 0388870
           120 South Sixth Street, Suite 400
           Minneapolis, MN   55402-4501
           (612) 305-7500 (telephone)
           (612) 305-7501 (fax)
           dlewis@nilanjohnson.com
           sriskin@nilanjohnson.com

*Attorneys for Defendant*