# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,

        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,

        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 3, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:48 am |
| Time Concluded: | 4:47 pm |
| Time in Court: | 6 Hours & 32 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Thomas Glennon
  For Defendant:  Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **Jury Selection.**
- ☒ **JURY Trial - Began**.
- ☒ Jury impaneled (File list of jurors).
- ☒ Opening statements.
- ☒ Trial continued to Friday, 1/04/2019 at 9:00 a.m.
- ☒ Plaintiff's witnesses: Michael Lansdale

                                        s/Heather Arent-Zachary
                                                Courtroom Deputy Clerk