# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,

              Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,

              Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 7, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:03 am |
| Time Concluded: | 4:45 pm |
| Time in Court: | 6 Hours & 13 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Thomas Glennon
    For Defendant:    Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Tuesday, 01/08/2019, at 9:00 a.m.
- ☒ Plaintiff's witnesses: Michael Lansdale, Herman Gonzales

                                                        s/Heather Arent-Zachary
                                                          Courtroom Deputy Clerk