# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,

        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,

        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 8, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 10:03 am |
| Time Concluded: | 4:55 pm |
| Time in Court: | 5 Hours & 27 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:      Thomas Glennon
    For Defendant:   Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Wednesday, 01/09/2019, at 9:00 a.m.
- ☒ Plaintiff's witnesses: Herman Gonzales

                                                  s/Heather Arent-Zachary
                                                        Courtroom Deputy Clerk