# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,

        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,

        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 10, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:35 am |
| Time Concluded: | 12:03 pm |
| Time in Court: | 3 Hours & 8 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:     Thomas Glennon
    For Defendant:   Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Friday, 01/11/2019, at 8:30 a.m.
- ☒ Plaintiff's witnesses: Erika Faifer, Robert Delaney

                                          s/Heather Arent-Zachary
                                               Courtroom Deputy Clerk