UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                    JUROR'S QUESTION
                                      FOR WITNESS

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

This question is for   Michael Lansdale  :
                             (WITNESS'S NAME)

What were your performance statistics and performance reviews for 2013, 2014 and 2015?

Date: 1/4/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS