# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                       Plaintiff,

v.

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                       Defendant.

Civil No. 16-4106 (JRT/BRT)

**JUROR'S QUESTION**

**FOR WITNESS**

This question is for _____MIKE LANSDALE_____:

(WITNESS'S NAME)

IF TRAVEL EXPENSE IS NOT PERSONAL & IS BUS. EXPENSE, WHY ON HOTEL STAYS, THE SAME TYPE OF EXPENSES YOU INCLUDE IN THE EXPENSE REPORT, THAT YOU DISPUTE ON OTHER CHARGES. IF ALL IS BUS. EXPENSES & NOT PERSONAL, & NOT AN ERROR. WHY THEN ARE THE CHARGES DISPUTED?

Date: _1/7/19_

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS