# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                     **JUROR'S QUESTION**

                                           **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

This question is for   Gonzales  :
                          (WITNESS'S NAME)

3/29 email @ 4:48pm showing spreadsheet attachment states we will have to go in... and figure it out. What was "figured out" and was that done before 3/30 interview w/ Lansdale?

Date: 1/8

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS