# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                              Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                      **JUROR'S QUESTION**

                                                     **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                              Defendant.

This question is for _____Ron Jordan_____:
                                (WITNESS'S NAME)

If other employees were talked to about expense reporting errors, why was Mr. Lansdale handled differently?

Date: 1/4/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS