# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                              Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                         **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,      **FOR WITNESS**
INC.,

                            Defendant.

---

This question is for ___Mr Lansdale___:
(WITNESS'S NAME)

(1) Give several examples of 2015 disputed expense and why they were disputed

(2) Were all disputed items for 2015 paid by Mr Lansdale or resolved by Mr Lansdale

Date: 1/7/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS