# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                **JUROR'S QUESTION**

                                        **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

This question is for _Heman Gonzalez_:
                              (WITNESS'S NAME)

1.) At the time of the investigation what was your understanding or definition of a disputed charge?

2.) Were investigations of corp credit card abuse common? 

Date: 1/8/2019


SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS