UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                    **JUROR'S QUESTION**

                                               **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                        Defendant.

This question is for   RON JORDAN  :
                            (WITNESS'S NAME)

IS IT COMMON TO SEE 59 DISPUTED CHARGES?

IS IT COMMON TO SEE 72 QUESTIONABLE CHARGES?

IS IT COMMON TO SEE 26 CONFLICTING CHARGES?

Date: 1/4/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS