# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                   **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,      **FOR WITNESS**
INC.,

                Defendant.

This question is for **Herman Gonzales** :
                              (WITNESS'S NAME)

At the time you created the pivot table, did you feel the unexpenced column were personal expenses? Because the expenses in that column were going to be paid by ~~Packet~~ Mr. Lansdale.

Would ~~those~~ THOSE expenses be personal?

If so, would that be against the credit card policy: No Personal Use?

Date: 1/8/19

