# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                   **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,      **FOR WITNESS**
INC.,

                Defendant.

---

This question is for **Ronald Jordan**:
(WITNESS'S NAME)

Does UPS have a system that requires acknowledgement of policies signed by all employees? If yes, please explain that system.

Date: _____

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS