UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,         Civil No. 16-4106 (JRT/BRT)

v.                                       **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,        **FOR WITNESS**
INC.,

                      Defendant.

This question is for _Mr. Gonzalez_ :
(WITNESS'S NAME)

Was Mr. Lansdale ~~~~ given a list of the charges that Ms. Faifer and others were calling "personal" to explain ~~~~ them prior to March 30th?

Date: 1/8/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS