# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                              **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,     **FOR WITNESS**
INC.,

               Defendant.

This question is for ___Gonzales___:
                       (WITNESS'S NAME)

Were any other employees terminated for not itemizing or using an incorrect justification in iExpense as was done by Mr. Lansdale?

Date: 1/8/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS