# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,              Civil No. 16-4106 (JRT/BRT)

        v.                                      **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,                     **FOR WITNESS**
INC.,

                        Defendant.

This question is for ___Michael Lansdale___:
                        (WITNESS'S NAME)

Were there any repercussions
indicated/stated if you did
not write a statement?

Date: ___1/4/19___


SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS