UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

MICHAEL L. LANSDALE,

                              Plaintiff,         Civil No. 16-4106 (JRT/BRT)

v.                                         **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,          **FOR WITNESS**
INC.,

                             Defendant.

---

This question is for ___Michael Lansdale___:
                                  (WITNESS'S NAME)

Please describe the common practice (not the policy) at UPS among salespeople for expensing items like food/meals/drinks with clients ~~[redacted]~~ or other ~~[redacted]~~ UPS employees, and lodging, including incidental hotel charges.

Date: _1/7/19_

