UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                    **JUROR'S QUESTION**
                                         **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS, INC.,

                Defendant.

This question is for _Herman Gonzales_ :
(WITNESS'S NAME)

Can we get a type-written copy of the Gonzales notes from the 3/30 interview? VERY hard to decipher! Not sure we covered the entire document as written.

Date: 1/8/19

SCANNED
JAN 09 2019
U.S. DISTRICT COURT MPLS