# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                            Plaintiff,          Civil No. 16-4106 (JRT/BRT)

    v.

                                                **JUROR'S QUESTION**
UPS SUPPLY CHAIN SOLUTIONS,
INC.,                                           **FOR WITNESS**

                            Defendant.

This question is for _____ _Faifer_ _____ :

                      (WITNESS'S NAME)

What exactly did you find
that was verified as fraudulent
or a misuse of the credit card
policy? In other words what was
done by Lansdale that would be cause for
termination?

Date: 1/9/19

SCANNED
JAN 10 2019
U.S. DISTRICT COURT MPLS