# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                       **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,     **FOR WITNESS**
INC.,

                Defendant.

---

This question is for **Erika Faifer**:
(WITNESS'S NAME)

What was normal practice if an ~~employee~~ employee wanted to exceed their per diem on business travel? (E.g. Having an additional late night meal, alone, after previously reaching the per diem.)

Date: 1/9/19

SCANNED
JAN 10 2019
U.S. DISTRICT COURT MPLS