UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                       Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                     **JUROR'S QUESTION**

                                         **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                     Defendant.

This question is for _Erika Faifer_:
                              (WITNESS'S NAME)

Is there a specific plan or procedure or guidelines that you must follow when investigating an employee?

Is there any point during the process that the employee being investigated is made aware of what is being investigated?

Date: 1/9/18



SCANNED
JAN 10 2019
U.S. DISTRICT COURT MPLS