# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                              Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                         **JUROR'S QUESTION**

                                                       **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                              Defendant.

This question is for _____ERIKA FAIFER_____:
                                 (WITNESS'S NAME)

IS IT YOUR UNDERSTANDING THAT IF A CHARGE IS DISPUTED, IT BECOMES THE CARD HOLDERS RESPONSABILITY? THE CARD HOLDER PAYS FOR THEM, BECAUSE IT IS THE CARD HOLDER RESPONSABILITY. IS THIS NOW A PERSONAL EXPENSE? ALSO INCLUDING LATE FEES?

Date: 1/9/19

SCANNED
JAN 10 2019
U.S. DISTRICT COURT MPLS