# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                   **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,     **FOR WITNESS**
INC.,

                Defendant.

This question is for **Robert Delaney**:
(WITNESS'S NAME)

If a meal is charged to a hotel bill, is it required to itemize it as either a ~~~~ group meal or eating alone?

Date: 1/10/19



SCANNED
JAN 11 2019
U.S. DISTRICT COURT MPLS