UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                      **JUROR'S QUESTION**

                                              **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

---

This question is for   Robert Delaney  :
                                   (WITNESS'S NAME)

On the 2 occasions you disputed charges with AMEX, ~~those~~ those charges did Not become your personal responsibility, did they?

Date: 1/10/19

SCANNED
JAN 11 2019
U.S. DISTRICT COURT MPLS