# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                    **JUROR'S QUESTION**

                                        **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS, INC.,

                Defendant.

This question is for _Robert Delaney_:
(WITNESS'S NAME)

WHAN IS YOUR UNDERSTANDING OF THE USE OF THE DISPUTE FUNTION IS USE FOR?

Date: 1/10/19

[SCANNED JAN 11 2019 U.S. DISTRICT COURT MPLS]