UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

         Plaintiff,   Civil No. 16-4106 (JRT/BRT)

v.              JUROR'S QUESTION

UPS SUPPLY CHAIN SOLUTIONS,   FOR WITNESS
INC.,

         Defendant.

This question is for  Ms. Faifer  :
         (WITNESS'S NAME)

Does the ~~[struck]~~ UPS Corporate Credit Card Policy state ~~[struck]~~ "Do not expense any disputed items until they are resolved."?

Would that mean that if ~~[struck]~~ the disputed items were determined to be legitimate charges ~~[struck]~~ they should go through to his expense report at that point?

Date: 1/9/19

SCANNED
JAN 11 2019
U.S. DISTRICT COURT MPLS