# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

       Plaintiff,   Civil No. 16-4106 (JRT/BRT)

v.             **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,  **FOR WITNESS**
INC.,

       Defendant.

This question is for  ___Faifer___ :
         (WITNESS'S NAME)

① Can we get a type-written copy of her agenda and notes for 3/30-31 interviews?

② Were any of the expenses you put into your investigation report proven to be a violation of the company credit card policy?

Date: 1/9/19

SCANNED
JAN 11 2019
U.S. DISTRICT COURT MPLS