UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,         Civil No. 16-4106 (JRT/BRT)

v.                                     **JUROR'S QUESTION**
                                           **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                        Defendant.

This question is for    Faiter  :
                             (WITNESS'S NAME)

Why wasn't Lansdale presented with the info you were stating as policy violations and then allowed time to explain them (more time than the two hour interview)?

Date: 1/10/19

SCANNED
JAN 11 2019
U.S. DISTRICT COURT MPLS