# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,
        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,
        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 11, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:40 am |
| Time Concluded: | 1:52 pm |
| Time in Court: | 4 Hours & 27 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Thomas Glennon
  For Defendant:  Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Wednesday, 01/16/2019, at 9:00 a.m.
- ☒ Plaintiff's witnesses: Robert Delaney, Brian Winter, Cris Florence, Lisa Lansdale

                                s/Heather Arent-Zachary
                                    Courtroom Deputy Clerk