# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,
           Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,
           Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 17, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:05 am |
| Time Concluded: | 5:52 pm |
| Time in Court: | 6 Hours & 49 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:   Thomas Glennon
For Defendant:   Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Friday, 01/18/2019, at 8:30 a.m.
- ☒ Plaintiff's witnesses:  Jeffrey LaMaster, Angelina Brewer, Elaine Penas, Lester Weekes, Cris Florence

IT IS ORDERED:

- ☒ Defendant's motion to dismiss for judgment as a matter of law [Docket No. 362] **DENIED**.

                                    s/Heather Arent-Zachary
                                    Courtroom Deputy Clerk