# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,
        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,
        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 18, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:37 am |
| Time Concluded: | 3:33 pm |
| Time in Court: | 5 Hours & 18 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Thomas Glennon
  For Defendant:    Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Trial continued to Tuesday, 01/22/2019, at 8:00 a.m.
- ☒ Defendant's witnesses:   Cris Florence, Michael Lansdale, Lisa Lansdale
- ☒ Plaintiff rests.   ☒ Defendant rests.

                                                                           s/Heather Arent-Zachary
                                                                              Courtroom Deputy Clerk