# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                  Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                 **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,       **FOR WITNESS**
INC.,

                  Defendant.

---

This question is for **LISA LANSDALE**:
(WITNESS'S NAME)

DID UPS OFFER COBRA INSURENCE OPTIONS?
DID UPS OFFER ANY SEVERANCE PAY?

Date: 1/11/19


SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS