UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                              Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                     **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,        **FOR WITNESS**
INC.,

                              Defendant.

This question is for _____MIKE LANSDALE_____:
                                (WITNESS'S NAME)

AS A MANAGER FOR UPS, DID YOU REQUIRE YOUR TEAM TO ITEMIZE THEIR HOTEL BILL? IF THAT IS POLICY TO DO, WHY DID YOU not ITEMIZE YOUR HOTEL BILL?

Date: 1/18/19



SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS