# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                              Plaintiff,            Civil No. 16-4106 (JRT/BRT)

        v.                                          **JUROR'S QUESTION**

                                                    **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                              Defendant.

This question is for _____*Lansdale*_____ :
                              (WITNESS'S NAME)

① How do you explain the ^multiple meals at the Hilton stating that Elaine Penas was there when she states she was not there?

② How do you explain the 8/11/15 meal with you and Mr Finney when his expense report shows him in another state?

Date: 1/18/19

③ Did you ask for more time to refute allegations against you before writing statement or after writing the statements?

SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS