UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                        **JUROR'S QUESTION**
                                                    **FOR WITNESS**
UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                        Defendant.

This question is for    _Florence_    :
                                (WITNESS'S NAME)

(1) How did you find out about Delaney's delinquent charges?

(2) ~~Given the answer~~ Who would find out about Lansdale delinquent charges since AMEX would not be getting paid in full and someone at UPS had to know this and follow up on it?

Date: 1/18/19


SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS