UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                 Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                       **JUROR'S QUESTION**

UPS SUPPLY CHAIN SOLUTIONS,        **FOR WITNESS**
INC.,

                 Defendant.

This question is for ___Christen Florence___:
                                 (WITNESS'S NAME)

Did you ever review or have access to review any of Mr. Lansdale's employees' expense reports when reviewing Mr. Lansdale's expense report?

Date: 1/18/19

