UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

              Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                    **JUROR'S QUESTION**

                                          **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

              Defendant.

This question is for _____Florence_____:
                            (WITNESS'S NAME)

Are you notified about delinquent charges on AMEX and penalties?

Date: 1/18/19

SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS