# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,      Civil No. 16-4106 (JRT/BRT)

v.                                    **JUROR'S QUESTION**

                                          **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

This question is for __Cristen Florence__:
                           (WITNESS'S NAME)

When reviewing an expense report what, if any, visibility do you have of an employee's 'i-Expense' items?

Date: 1/11/19

SCANNED
JAN 22 2019
U.S. DISTRICT COURT MPLS