UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                        Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                            JUROR'S QUESTION

UPS SUPPLY CHAIN SOLUTIONS,      FOR WITNESS
INC.,

                       Defendant.

This question is for     ANGIE BREWER    :
                                  (WITNESS'S NAME)

As a Amex company card holder. Is it the responsability to understand the Amex monthly statement? If so is there instructions on the Amex monthly statement what to do with desputed charges?

Date: 1/17/19


SCANNED
U.S. DISTRICT COURT MPLS