# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL L. LANSDALE,

                Plaintiff,        Civil No. 16-4106 (JRT/BRT)

v.                                   **JUROR'S QUESTION**

                                                 **FOR WITNESS**

UPS SUPPLY CHAIN SOLUTIONS,
INC.,

                Defendant.

This question is for _Jeff Lamaster_:
(WITNESS'S NAME)

You said you are familiar with previous cases where employees dispute charges to avoid putting them on their expense Report to either submit to UPS later or pay themselves. What was the outcome of those cases?

Date: 1/17/19


SCANNED
JAN 22
U.S. DISTRICT COURT MPLS