# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Michael L. Lansdale,

        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,

        Defendant.

**COURT MINUTES**
Case Number: 16-4106 (JRT/BRT)

| | |
|---|---|
| Date: | January 22, 2019 |
| Court Reporter: | Kristine Mousseau |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:50 am |
| Time Concluded: | 4:35 pm |
| Time in Court: | 4 Hours & 8 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

  For Plaintiff:    Thomas Glennon
  For Defendant:    Donald Lewis, Sarah Riskin

PROCEEDINGS:

- ☒ **JURY Trial - Ended**
- ☒ Closing arguments.
- ☒ Jury received case at 1:49 p.m.

- ☒ Verdict Rec'd at 4:28 p.m. for:
  - ☐ Plaintiff
  - ☒ Defendant

IT IS ORDERED:

- ☒ Oral motions denied.

                                    s/Heather Arent-Zachary
                                        Courtroom Deputy Clerk