# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL L. LANSDALE, | Civil No. 16-4106 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | |
| Defendant. | |

Thomas E. Glennon, **THOMAS E. GLENNON, P.A.**, 4900 IDS Center, 80 South Eighth Street, Minneapolis, MN  55402, for plaintiff.

Donald M. Lewis and Sarah B. C. Riskin, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN  55402, for defendant.

The plaintiff has requested permission to contact the jurors who served in the trial of this case.  Counsel for the plaintiff and defendant may be allowed to contact the jurors after jurors' service of jury duty is completed.  However, counsel may contact the jurors initially only by letter and jurors must acquiesce before counsel may speak with jurors by telephone.

**IT IS HEREBY ORDERED** that the plaintiff's request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED.** The Court's Jury Clerk shall provide counsel for the plaintiff and defendant with the jurors' full names and addresses.

DATED: January 29, 2019                     ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                         Chief Judge
                                           United States District Court