## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **MICHAEL L. LANSDALE**, <br><br> Plaintiff, <br> v. <br><br> **UPS SUPPLY CHAIN SOLUTIONS, INC.**, <br><br> Defendant. | Court File No. 16-CV-04106-JRT-BRT <br><br> **PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL OR, IN THE ALTERNATIVE, FOR AMENDMENT OF THE JUDGMENT** |

TO: Defendant UPS Supply Chain Solutions, Inc. and its attorneys, Donald M. Lewis, Esq., Sarah B. Riskin, Esq. and Nilan Johnson Lewis, P.A., 120 South Sixth Street, Suite 400, Minneapolis, MN 55402

PLEASE TAKE NOTICE that Plaintiff Michael L. Lansdale hereby moves the Court, before the Honorable John R. Tunheim, Chief Judge of United States District Court, for an Order granting Plaintiff's renewed motion for judgment as a matter of law, pursuant to Fed. R. Civ. P. 50(b), and an Order granting Plaintiff's motion for a new trial or, in the alternative, for amendment of the judgment, pursuant to Fed. R. Civ. P. 59(a) and (e).

The ground for this Motion is that for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Renewed Motion for Judgment as a Matter of Law and the Motion for a New Trial or, in the Alternative, for Amendment of the Judgment and the pleadings, files, records and proceedings herein, Plaintiff Michael L. Lansdale is entitled to judgment as a matter of law, pursuant to Fed. R. Civ. P. 50(b), and should be granted a new trial or, in the alternative, amendment of the judgment which was entered in this

1

action on February 5, 2019 (Doc. No. 381).

This Motion will be brought upon the Memorandum of Law in Support of Plaintiff's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial or, in the Alternative, for Amendment of the Judgment, the Affidavit of Thomas E. Glennon in Support of Plaintiff's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial or, in the Alternative, for Amendment of the Judgment (with Exhibits), and the Notice of Hearing on Plaintiff's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial or, in the Alternative, for Amendment of the Judgment which will be served and filed in accordance with the applicable rules of Court, the arguments of counsel, and all of the files, records and proceedings herein.

Dated: March 5, 2019                                **THOMAS E. GLENNON, P.A.**

By      /s/ Thomas E. Glennon_____
   Thomas E. Glennon (#124035)
   tglennon@thomasglennon.com
4900 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-1400
(612) 332-1414 (facsimile)

**ATTORNEY FOR PLAINTIFF
MICHAEL L. LANSDALE**