# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MICHAEL L. LANSDALE, | Civil No. 16-4106 (JRT/BRT) |
| Plaintiff, | |
| vs. | |
| UPS SUPPLY CHIAN SOLUTIONS, INC., | **ORDER FOR BRIEFING SCHEDULE** |
| Defendant. | |

---

Thomas E Glennon, **THOMAS E. GLENNON, P.A.,** 4900 IDS Center, 80 South Eighth Street, Mpls, MN 55402, for plaintiff.

Donald M Lewis, Sarah B C Riskin, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendant.

The defendants filed a Motion for Judgment as a Matter of Law, Motion for New Trial, or, in the alternative, Motion to Alter/Amend/Correct Judgment on March 5, 2019 [Docket No. 383].

Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** the briefing schedule shall be as follows:

1. Response memoranda and supporting papers in opposition to the motion shall be filed on or before **March 19, 2019**;

2. Reply memoranda and supporting papers in support of the motion shall be filed on or before **March 26, 2019**;

Dated:  March 6, 2019
at Minneapolis, Minnesota                              s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                                       Chief Judge
                                                       United States District Court