# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Michael L. Lansdale,                                        Civ. No. 16-4106 (JRT/BRT)

        Plaintiff,

v.

UPS Supply Chain Solutions, Inc.,                **ORDER ON JOINT MOTION**
                                                 **REGARDING CONTINUED SEALING**
        Defendant.

---

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 398) for documents related to the Court's Order to Show Cause Why Court's Sealed Memorandum Opinion and Order on Motions for Summary Judgment Should Not be Unsealed (Doc. No. 237) and documents related to Defendant's Motion in Limine (Doc. No. 262).

**IT IS HEREBY ORDERED** that:

1. The joint motion (Doc. No. 398) is Granted.

2. The Clerk of Court is directed to **unseal** the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed under Local Rule 5.6(d)(3):

   Document No. 238;
   Document No. 240; and
   Document No. 309.

3. The Clerk of Court is directed to keep the following document **under seal**:

   Document No. 268;
   Document No. 270;
   Document No. 271;

Document No. 272;
Document No. 296;
Document No. 305;
Document No. 306;
Document No. 307;
Document No. 308;
Document No. 310;
Document No. 311; and
Document No. 312.

Date: May 14, 2019

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge