**THOMAS E. GLENNON, P.A.**
ATTORNEY AT LAW
4900 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
TELEPHONE (612) 332-1400
TGLENNON@THOMASGLENNON.COM

September 5, 2019

**VIA ECF**

Ms. Kate M. Fogarty
Clerk of Court
United States District Court
District of Minnesota
United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN  55415

      RE:    <u>Michael L. Lansdale v. UPS Supply Chain Solutions, Inc.</u>
              Court File No. 16-CV-04106 (JRT-BRT)

Dear Ms. Fogarty:

      The undersigned is legal counsel to Plaintiff Michael L. Lansdale in the above-referenced action. The purpose of this letter is to inform you, in accordance with Paragraph (E) of the Procedures for Filing Bills of Costs Section of the Bill of Costs Guide for the United States District Court for the District of Minnesota, that the parties anticipate finalizing an agreement which would include Defendant UPS Supply Chain Solutions, Inc. waiving the collection of costs in this action. Accordingly, Plaintiff Lansdale will not be filing his Motion for Review of the Clerk's Costs Judgment (Doc. No. 402) and accompanying Taxation of Costs Summary (Doc. No. 402-1) under Local Rule 54.3(c)(3)(A) in this action.

      I would be pleased to discuss any questions you have regarding the above matters. Thank you for your assistance.

                                                Respectfully yours,

                                                THOMAS E. GLENNON, P.A.

                                                Thomas E. Glennon

TEG/jam
cc:    Sarah B. Riskin, Esq.
        Donald M. Lewis, Esq.