# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**MICHAEL L. LANSDALE**,

    Plaintiff,

  v.

**UPS SUPPLY CHAIN SOLUTIONS, INC.**,

    Defendant.

Court File No. 16-CV-04106-JRT-BRT

**STIPULATION TO AMEND COST JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective legal counsel, that the Cost Judgment filed August 22, 2019 [Doc. No. 402] in this action may be, and the Parties jointly request that it is, amended to provide that no costs or disbursements shall be entered in favor of either Plaintiff Michael L. Lansdale or Defendant UPS Supply Chain Solutions, Inc. To the extent any claims asserted in this action remain, the Parties stipulate and agree that such claims shall be dismissed with prejudice, and this action shall be fully and finally closed.

Dated:  January 14, 2020

**THOMAS E. GLENNON, P.A.**

By: ____/s/ Thomas E. Glennon____
    Thomas E. Glennon (#124035)
4900 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:  (612) 332-1400
tglennon@thomasglennon.com

**ATTORNEY FOR PLAINTIFF**

1

Dated:  January 14, 2020   **NILAN JOHNSON LEWIS PA**

By: ___/s/ Sarah B. Riskin____
    Sarah B. Riskin (#0388870)
    Donald M. Lewis (#62844)
120 South Sixth Street, Suite 400
Minneapolis, MN  55402
Telephone:  (612) 305-7500
sriskin@nilanjohnson.com
lewis@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**