UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael L. Lansdale,<br><br>    Plaintiff,<br><br>v.<br><br>UPS Supply Chain Solutions, Inc.,<br><br>    Defendant. | Court File No. 16-CV-04106 JRT-BRT<br><br>**ORDER FOR AMENDMENT OF COST JUDGMENT** |

Based upon the parties' Stipulation to Amend Cost Judgment [Doc. No. 404] in this action,

IT IS HEREBY ORDERED that this Court's Cost Judgment filed August 22, 2019 [Doc. No. 402] is hereby AMENDED, and no costs or disbursements will be awarded in favor of either Plaintiff Michael L. Lansdale or Defendant UPS Supply Chain Solutions, Inc.  To the extent any claims asserted in this action remain, such claims shall be dismissed with prejudice, and this action shall be fully and finally closed.

Dated: January ___, 2020          BY THE COURT:

_____
Honorable John R. Tunheim
Chief Judge, United States District Court