## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL L. LANSDALE, | Civil No. 16-4106 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| UPS SUPPLY CHAIN SOLUTIONS, INC., | |
| Defendant. | |

Thomas E Glennon, **THOMAS E. GLENNON, P.A.,** 4900 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for plaintiff.

Sarah B C Riskin, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402-4501, for defendant.

Based upon a Stipulation of the parties (Docket No. 404), **IT IS HEREBY ORDERED** that this Court's Cost Judgment filed August 22, 2019 [Docket No. 402] is amended, and no costs or disbursements will be awarded in favor of either Plaintiff Michael L. Lansdale or Defendant UPS Supply Chain Solutions, Inc.  To the extend any claims asserted in this action remain, such claims are **DISMISSED WITH PREJUDICE** and this action is closed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  January 22, 2020  
at Minneapolis, Minnesota.

_____  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court